

FILED

07/13/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: AC 17-0694

IN THE SUPREME COURT OF THE STATE OF MONTANA

| | |
|---|---|
| IN RE ASBESTOS LITIGATION, | Cause No. AC 17-0694 |
| *Consolidated Cases.* | O R D E R |

FILED

JUL 13 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

On November 28, 2017, this Court created the Asbestos Claims Court and appointed District Court Judge Amy Eddy to preside over the consolidated cases for pretrial proceedings only. Since 2017, Judge Eddy has been working diligently to resolve those common pretrial issues that most impacted the Asbestos Claims Court docket on a case-wide basis, including resolution of significant issues of liability, consolidated discovery efforts, and approving case-wide settlements that ended decades of litigation with a majority of the primary defendants. In 2018, this Court appointed additional Asbestos Claims Court judges to preside over the docket of the Asbestos Claims Court to assist in bringing these cases to trial. The Asbestos Claims Court docket has since been assigned to Judges Amy Eddy, Matthew J. Cuffe, Michael F. McMahon, Jon A. Oldenburg, John W. Parker, and Dan Wilson, who have been working collectively to bring these individual cases to resolution. Accordingly,

IT IS ORDERED that Judge Eddy is relieved of her assignment to preside over the Asbestos Claims Court docket on a case-wide basis. The Asbestos Claims Court judges will continue to preside over those individual cases as may be assigned to them and coordinate their efforts to the extent practical. The body of work created in AC 17-0694 will continue to be available to the parties, but no further filings will be permitted. All further filings must be made in the individual cases filed in the Asbestos Claims Court.

The Clerk is directed to provide copies of this Order to District Court Judges Amy Eddy, Matthew J. Cuffe, Michael F. McMahon, Jon A. Oldenburg, John W. Parker, and Dan Wilson, the Clerks of Court in the First, Eighth, Tenth, Eleventh, Thirteenth and Nineteenth Judicial Districts, and to Beth McLaughlin, Office of the Court Administrator.

DATED this 12th day of July, 2021.

_____
Chief Justice

_____

_____

_____

_____

_____

_____
Justices

2